253 So.2d 222

**CHRYSLER FINANCIAL CORP. et al.**

v.

**LOUISIANA TAX COMMISSION et al.**

No. 51783.

Oct. 21, 1971.

In re: The Louisiana Tax Commission, et al. applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 251 So. 2d 482.

253 So.2d 223

**Steve CHABINA**

v.

**The TRAVELERS INSURANCE COMPANY et al.**

No. 51790.

Oct. 21, 1971.

In re: Steve Chabina applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 251 So.2d 414.

Application denied; on the facts found by the court of appeal, the result is correct.